UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
GENADI IGNATOV,

                Plaintiff,

                                                        19 civ 5728 (JGK)

     -against-

THEODORE FARNSWORTH,

                Defendant.
------------------------------------------------------------X

## ORDER

      The Clerk is directed to close this case. The matter has concluded pursuant to the final judgment entered in In Re Helios & Matheson Analytics, Inc., Sec. Litigation., No. 18 civ 6965, See Helios, ECF No. 143. Related actions 18 civ 7242 and 19 civ 2863 have already been closed.

**SO ORDERED.**

                                                                              **JOHN G. KOELTL**
                                                         **UNITED STATES DISTRICT JUDGE**

Dated: New York, New York
         September 21, 2022